Kevin R. McCarthy, VSB No. 14273
1751 Pinnacle Drive, Suite 1115
McLean, VA 22102
703-770-9261 (Phone)
703-770-9263 (fax)
krm@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
In re:                                  \*
                                        \*
FRANK PRESTA,                           \*      Case No. 10-17607-SSM
MARY PRESTA,                            \*      (Chapter 7)
                    Debtor(s).          \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORDER SUSTAINING TRUSTEE'S OBJECTION TO EXEMPTIONS

Upon Consideration of the Trustee's Objection To Exemptions, and any Opposition thereto, it is

ORDERED, that the Objection as to the bank accounts listed in Amended Schedule C be, and hereby is, SUSTAINED, and the Debtor Mary Presta's claimed exemption of bank accounts is disallowed to the extent of $4885.39; and it is further

ORDERED, that the Objection as to the potential bonus for prepetition work listed in Amended Schedule C be, and hereby is SUSTAINED, and the Debtor Frank Presta's claimed exemption of a potential bonus for prepetition work is disallowed to the extent it was calculated including a deduction for 100% of a profit sharing and 401(k) amount as opposed to a deduction for 75% of a profit sharing and 401(k) amount.


Date: _____                    _____
                                 Stephen S. Mitchell
                                 U.S. Bankruptcy Judge

I ask for this:


/s/ Kevin R. McCarthy _____
Kevin R. McCarthy, VSB No. 14273
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean VA  22102
703-770-9261
krm@mccarthywhite.com
Attorneys for the Trustee

<u>Local Rule 9022-1(C) Certification</u>

        The foregoing Order was endorsed by all necessary parties or served upon all necessary
parties as indicated on the Certificate of Service attached to the Objection, pursuant to Local Rule
9022-1(C).



                                        /s/ Kevin R. McCarthy _____
                                        Kevin R. McCarthy


PARTIES TO RECEIVE COPIES:

Kevin R. McCarthy
McCarthy & White, PLLC
1751 Pinnacle Drive, Suite 1115
McLean VA  22102

United States Trustee
115 S. Union Street
Plaza Level, Suite 210
Alexandria VA  22314

Frank P. Presta
7100 Redlac Drive
Clifton, VA 20124

Mary E. Presta
7100 Redlac Drive
Clifton, VA 20124

Michael G. Dana
4550 Montgomery Avenue
Suite 710 North
Bethesda, MD 20814